# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Brigitte Quinn,<br><br>        Plaintiff,<br><br>vs.<br><br>Coventry Health Care of the Carolinas,<br><br>        Defendant. | Case No. 7:16-cv-03171-MGL<br><br>**ORDER EXTENDING DEADLINE** |

Upon consideration of the parties' consent Motion to Extend Deadline, the Court hereby extends the following deadline so that the parties may continue settlement negotiations in this matter:

1. Motions to join other parties and amend the pleadings (Fed. R. Civ. P.16(b)(3)(A)) shall be filed no later than **December 5, 2016**.[1]

                                                    **IT IS SO ORDERED**

                                                    s/Mary Geiger Lewis
                                                    Mary Geiger Lewis
                                                    United States District Court Judge

November 22, 2016
Columbia, South Carolina

---

[1] As a general rule, when no timely response is filed to any motion, the Court will grant the motion with the notation that it is being "granted *without opposition*."