**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| Brigitte Quinn, | Case No.  7:16-cv-03171-MGL |
| Plaintiff, | |
| vs. | **THIRD AMENDED CONSENT SCHEDULING ORDER** |
| Coventry Health Care of the Carolinas, | |
| Defendant. | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following third amended schedule is established for this case.  This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants.

1. Amendment of Pleadings:  Motions to join other parties and amend the pleadings (Fed.R.Civ.P.16(b)(3)(A)) shall be filed no later than **May 5, 2017**.

2. Expert Witnesses:  Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed.R.Civ.P. 26(a)(2)(B) has been disclosed to other parties, by the following dates:

   Plaintiff:     **May 19, 2017**;

   Defendant:   **June 19, 2017**.

3. Custodian Affidavits:  Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **June 19, 2017**.  Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure.  (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

4. Discovery:  Discovery shall be completed no later than **August 18, 2017.**  All discovery requests shall be served in time for the responses thereto to be served by this date.  De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had

NPCOL1:5201620.2

a telephone conference with Judge Lewis in an attempt to resolve the matter informally.  **The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion.  Attorneys should send a request for a telephone conference via e-mail to Lewis_ecf@scd.uscourts.gov.**

5. <u>Motion ins Limine</u>.  Motions in limine must be filed at no later date than **November 13, 2017**.  Written responses are due seven (7) days thereafter.

6. <u>Other Motions:</u>  All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial (other than Daubert motions), shall be filed on or before **September 1, 2017.**

7. <u>Mediation:</u>  Mediation shall be completed in this case on or before **October 30, 2017**.  See the Mediation Order filed in this case which sets forth mediation requirements.

8. <u>Pretrial Disclosures:</u>  No later than **November 17, 2017**, the parties shall file and exchange Fed.R.Civ.P. 26(a)(3) pretrial disclosures.  Within fourteen (14) days thereafter, a party shall file and exchange Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed.R.Civ.P. 32(a)(6).

9. <u>Pretrial Briefs:</u>  Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05).  Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits.  *See* Local Civil Rule 26.07.

10. <u>Trial:</u>  This case is subject to being called for jury selection and/or trial on or after **December 4, 2017.**

**AND IT IS SO ORDERED.**

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

March 20, 2017
Columbia, South Carolina